# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129126(26)

HOUSEHOLD BANK (NEVADA), N A,
      Plaintiff-Appellee,

v

                                    SC: 129126
                                    COA: 259650
                                    Alcona CC: 04-000274-AV
                                    81st DC: 03-000201-GC

RODNEY T. SMITH,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of January 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

d0424